# PD-0614-15

## IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS
### NO. 01-14-00053-CR

RECEIVED IN
CRIMINAL APPEALS

MAY 22 2015

...el Acosta, Clerk

**JOSE AMILPAS**
Appellant,

V.

On Appeal from the
174TH District Court of
Harris County, Texas;
Trial Cause Number 1334791

**THE STATE OF TEXAS**

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

JOSE AMIPLAS, Petitioner in the above cause number, would respectfully request the Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

### I.

This appeal lies from Appellant's convictions in *The State of Texas v. Jose Amilpas,* No. 01-14-00053-CR; Cause Number 1334791 in the 174th District Criminal Court of Harris County, Texas. Mr. Amilpas was charged with felony possession of more than four grams and less than 200 grams of cocaine with intent to deliver. Mr. Amilpas pleaded not guilty to the offense and after a jury found him guilty as charged

the trial court assessed punishment at thirty (30) years in the Institutional Division of the Texas Department of Criminal Justice pursuant to an agreed recommendation by the State. Appellant's Petition for Discretionary Review is due May 25, 2015. This is Appellant's first request for an extension to file the petition for discretionary review.

## II.

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the PDR. An extension of time is necessary so that the petition for discretionary review can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for ninety days and extend the time for filing the petition until July 24, 2015.

Respectfully submitted,

*Jose Amilpas*

Mr. Jose Amilpas
TDCJ No. 01908295
French Robertson Unit
12071 FM 3522
Abilene, Texas 79601

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the 15th day of _____May_____, 2015:

Mr. Allen Curry
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

*Jose Amilpas*

Jose Amilpas, PRO SE